UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DAVID JOACHAIN** | **CASE NO. 2:21-CV-00856** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **M-I L L C ET AL** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

The Report and Recommendation [Doc. No. 50] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Court is exercising its sanctioning authority and **DISMISSING** this matter **WITH PREJUDICE** for Plaintiff's failure to prosecute and failure to comply with the Court's rules.

MONROE, LOUISIANA, this 27th day of December 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE